UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MURRAY ENERGY CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No.: 15-1620 (RCL) |
| U.S. DEPARTMENT OF INTERIOR, | ) ) ) | |
| Defendant. | ) ) | |

DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendant respectfully requests an extension of time, to and including July 15, 2016, in which to respond to plaintiff's motion for limited discovery. The parties are currently in negotiations concerning plaintiff's claims raised in this motion and need additional time to see if they can resolve plaintiff's motion without the need for judicial intervention.

Plaintiff's counsel has informed defense counsel that this motion will not be opposed.

For the foregoing reasons, and based upon the entire record in this case, defendant respectfully requests that the Court grant this unopposed motion.

Respectfully submitted,

CHANNING D. PHILLIPS,
D.C. BAR # 415793
United States Attorney
  for the District of Columbia

DANIEL F. VAN HORN,
D.C. BAR # 924092
Chief, Civil Division

/s/ *Marina Utgoff Braswell*
MARINA UTGOFF BRASWELL, D.C. BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 252-2561
Marina.Braswell@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MURRAY ENERGY CORPORATION, ) ) Plaintiff, ) ) v. ) ) U.S. DEPARTMENT OF INTERIOR, ) ) Defendant. ) ) | Civil Action No.: 15-1620 (RCL) |

## **ORDER**

Upon consideration of Defendant's Unopposed Motion for Extension of Time in this Freedom of Information Act ("FOIA") case, and the entire record in this case, it is hereby

ORDERED that Defendant's Unopposed Motion for Extension of Time is GRANTED.

_____
UNITED STATES DISTRICT JUDGE