# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MURRAY ENERGY CORPORATION,  )<br>)<br>    *Plaintiff*,      )<br>)<br>v.                                   )<br>)<br>UNITED STATES DEPARTMENT OF )<br>THE INTERIOR,                )<br>)<br>    *Defendant*.    )<br>) | Civil Action No. 1:15-cv-1620<br><br>JUDGE ROYCE C. LAMBERTH |

## STIPULATION OF VOLUNTARY DISMISSAL

It is hereby stipulated and agreed by and between the parties, Plaintiff Murray Energy Corporation and Defendant United States Department of the Interior, that Plaintiff's Complaint (ECF No. 1) is voluntarily dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each side to bear its own costs and fees.

Dated: May 8, 2017

Respectfully submitted,

/s/ *James T. Banks*
James T. Banks
(D.C. Bar No. 261156)
Justin A. Savage
(D.C. Bar No. 466345)
555 Thirteenth Street, N.W.
Washington, D.C. 20004
(202) 637-5600 (tel.)
(202) 637-5910 (fax)
james.banks@hoganlovells.com

*Attorneys for Plaintiff*
*Murray Energy Corporation*

CHANNING D. PHILLIPS,
D.C. BAR # 415793
United States Attorney for the District of Columbia

DANIEL F. VAN HORN,
D.C. BAR # 924092
Chief, Civil Division

/s/ *Marina Utgoff Braswell*
MARINA UTGOFF BRASWELL,
D.C. BAR # 416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 252-2561
Marina.Braswell@usdoj.gov

*Attorneys for Defendant*
*U.S. Department of the Interior*

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2017, I filed the foregoing Stipulation of Voluntary Dismissal of Plaintiff's Complaint [ECF No. 1] using the Court's CM/ECF system, which will electronically serve all counsel of record registered to use the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ *James T. Banks*